AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | Case: 1:21-mj-00485 |
| v. | ) | Assigned To : Meriweather, Robin M. |
| JAMES VARNELL CUSICK JR | ) | Assign. Date : 6/21/2021 |
| DOB: XXXXXX | ) | Description: Complaint w/ Arrest Warrant |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the
_____ in the District of __Columbia__ , the defendant(s) violated:

| Code Section | Offense Description |

18 U.S.C. §§ 1752(a)(1) and (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority; Disorderly or Disruptive Conduct in a Restricted Building,

40 U.S.C. §§ 5104(e)(2)(D) and (G) - Violent Entry and Disorderly Conduct on Capitol Grounds.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Walter B. Giardina, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: __06/21/2021__

*Judge's signature*

City and state: __Washington, D.C.__        Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*