AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
JAMES VARNELL CUSICK JR (AKA: UNKNOWN)

*Defendant*

Case: 1:21–mj–00485
Assigned To : Meriweather, Robin M.
Assign. Date : 6/21/2021
Description: Complaint w/ Arrest Warrant

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JAMES VARNELL CUSICK JR,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1752(a)(1) and (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds
Without Lawful Authority; Disorderly or Disruptive Conduct in a Restricted Building;
40 U.S.C. §§ 5104(e)(2)(D) and (G) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date: 06/21/2021

*Issuing officer's signature*
2021.06.21
18:07:31 -04'00'

City and state: Washington, D.C.
Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

---

## Return

This warrant was received on *(date)* 6/22/21, and the person was arrested on *(date)* 6/24/21
at *(city and state)* Melbourne, FL.

Date: 6/24/21

*Arresting officer's signature*

KRIS MIYAKADO Task Force Officer
*Printed name and title*