Rev. 9/2011

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.  Criminal Case No.: 21-441 (RDM)

James Varnell Cusick, Jr

### PASSPORT RECEIPT

Defendant's passport, number __S63971667__, has been surrendered to the undersigned Deputy Clerk.

ANGELA D. CAESAR, Clerk

By: __James V. Cusick, Jr.__  By: _____
Defendant                      Deputy Clerk