# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JAMES VARNELL CUSICK, JR.,<br><br>*Defendant*. | Criminal Action No. 21-cr-441 (RDM) |

## ORDER

Upon consideration of the Government's motion to dismiss the information, Dkt. 17, it is hereby ORDERED that the information is DISMISSED without prejudice. The Clerk of Court is directed to terminate this case.

**SO ORDERED**.

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date: September 28, 2021